In The United States District Court For The Southern District of Texas

No. CA-C-00-110

Keith Russell Judd For President of USA, Plaintiff,

v.

United States of America, et al., Defendants,

United States District Court
Southern District of Texas
FILED
MAR 29 2000
MICHAEL N. MILBY

## Motion For Leave To Proceed In Forma Pauperis

Plaintiff asks for leave to proceed in forma pauperis pursuant to the following State Supreme Court's granting leave to so proceed in similar Federal Presidential Election complaint:

1.) Supreme Court of West Virginia, No. 000440
2.) Supreme Court of Oregon, No. SC S47321
3.) Supreme Court of Wisconsin, No. XX-013252
4.) Supreme Court of Kansas, No. 00-84922-S
5.) Supreme Court of South Carolina, No. 2000 14787
6.) Supreme Court of Florida, No. SC00-433

and many others.

Respectfully Submitted

Keith Judd, U.S. Passport No. 132617459
1900 Simler Ave
Big Spring, Tx, 79720
(915) 567-9999, (800) 774-5643

5.



In The United States District Court and Supreme Court of United States of America
Southern District of Texas, Corpus Christi Division           No. CA-C-00-110

"Keith Russell Judd For President of USA, U.S. Passport No. 132617459,"
[Legal Name Change in U.S. Dist. Court of ID]
V.

United States of America, 50 States, 5 Districts, Federal Election Commission, Federal Communications Commission, Executive Branch of U.S. Government, Legislative Branch of U.S. Government, Judicial Branch of U.S. Government, Internal Revenue Service, Postal Service, Federal Bureau of Investigation, Federal Bureau of Prisons, U.S. Secret Service, et al., Defendants, [additional named and unnamed defendants attached to Certificate of Service].

Amendment To Federal Presidential Election Complaint, pursuant to Fed. R. Civ. P., Rule 15

Jurisdiction is invoked pursuant to 28 U.S.C. § 1251, Article III original jurisdiction as Article III, Section 2, Clause 2 of United States Constitution provides, "In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be a Party, the supreme Court shall have original Jurisdiction." Expressio Unius Est Exclusio Alterius. Marbury v. Madison, 5 U.S. 137 (1803); Judd v. Apfel, USDC, NM, No. CV-97-111.

Pursuant to Fed. R. Civ. P., Rule 15, a party may amend his complaint without leave of the Court at any time before an answer is filed. Judd v. Killinger, et al., No. 98-51167, 98-11362 (5th Cir. 2000).

Because of the numerous federal, state, corporate, and private parties to this Emergency Federal Presidential Complaint, it is impossible to list all parties served. However, a very large list of parties served is attached hereto on Proof of Service, pursuant to Supreme Court Rules 29.3, 29.4. Crawford v. Britton, 140 L.Ed.2d 759 (May 4, 1998)(Prisoner alleging that corrections officer retaliated for prisoner's exercise of First Amendment free speech rights held not required to adduce clear and convincing evidence of improper motive in order to defeat summary judgment motion.); Dennis v. Sparks, 449 U.S. 24 (1980)(Individual conspiring with government official is acting under color of law)(no immunity for criminal violation of civil rights, 18 U.S.C. § 241, 242.); Mireles v. Waco, 112 S.Ct. 286, 288 (1991)(Judge is not immune for actions, though judicial in nature, taken in complete absence of jurisdiction); Haines v. Kerner, 404 U.S. 519 (1972)(Pro se prisoner's pleadings are to be liberally construed). 2 U.S.C. § 431, et seq.; 26 U.S.C. § 9031, et seq.; 42 U.S.C. § 1983.

Because plaintiff cannot enforce his rights to equal protection of the laws in any State or Federal Court, Petition for Civil Rights Removal has been filed in all 50 State Supreme Courts, and every federal district and court of appeals, pursuant to 28 U.S.C. § 1443, 1446, for access to all ballots.

Petitioner is a legally qualified candidate for President of USA, pursuant to Article II of the U.S. Constitution, and 2 U.S.C. § 432, and asks for his Presidential Election Matching Funds. Petitioner has marked for $3.00 to go to the Presidential Election Fund on his personal income tax returns, but has not received his $3.00 for any year from the IRS, or FEC. See, Keith Russell Judd For President of USA v. West Virginia, State Supreme Court No. 000440; and, Keith Russell Judd For President of USA v. USA, et al., USDC, San Angelo No. 6:00-CV-00024.

(1.)
(915) 580-7777                         over

Petitioner is a registered voter in Ector County Texas #9800838, and does not belong to any political party and only runs for the General Election of President of USA. The Constitution does not require a voter or candidate to belong to a Political Party. Petitioner challenges the requirement of 26 U.S.C. § 9032, et seq of running in a Political Party Primary Election as unconstitutional and a violation of voting privacy. 42 U.S.C. § 1973, et seq. Petitioner challenges campaign financial and in-kind contributions reporting, required by 2 U.S.C. § 431, et seq., as violative of voting privacy and Freedom of Association. Judd v. Gonzales, S.Ct., No. 94-6700 (1995); Judd v. FEC, FCC, et al., No. 98-1078 (D.C. Cir. 1999); In Re Judd, No. 98-1048 (Tx. S. Ct. 1998); Reynolds v. Sims, 377 U.S. 533 (1964); Joe Diaz, et al., v. Millie Santialles, Clerk, City of Albuquerque, and Keith Judd, No. 97-___ (N.M. S.Ct. 1997) (Spending Cap in Mayoral Race); Keith Judd v. City of Albuquerque, CV-97-6033 (Bern. Cty. District Ct., N.M. 1997); 31 Am Jur 2d § 19, 133, et seq.; Equal Protection of Law Clause of Fourteenth Amendment; Due Process; Judd v. U.S. Secret Service, et al., No. 99-2008 (10th Cir. 2000); Judd v. ATF, 115 S.Ct. 1671 (1995); Judd v. U.S. District Court, et al., S.Ct. No. 99-5260.

Petitioner challenges the FCC's failure to enforce the Communications Act, 47 U.S.C. § 315 as violative of First Amendment, Due Process, and Equal Protection of the Laws. The First Amendment protects the individual's voice, not the financial amplifier. Red Lion Broadcasting Co v. FCC, 395 U.S. 367 (1969) ("The right of free speech of a broadcaster,..., or any other individual does not embrace a right to snuff out the free speech of others"). FREE Speech, not $ FEE Speech. The FCC allows TV and Radio, through selective "news programing", to advertise for selected candidates and issues, to the absolute exclusion of all others, diluting the voice and vote of the poor. Judd v. KOAT TV-7, et al., No. 99-___ (10th Cir.)

Wherefore, petitioner, asks this Court to enjoin all 50 states and 5 Districts to provide a place on the ballot for: "Keith Russell Judd For President of USA, U.S. Passport No. 132617459 ___" for President of the United States; and that the FCC be enjoined to comply with 47 U.S.C. § 315, First Amendment, Due Process, and Equal Protection of the Laws; plus any other relief appropriate and just.

Respectfully Submitted

Keith Judd, SSN: 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

FCI Big Spring
1900 Simler Ave
Big Spring, Texas, 79720
(915) 580-6397

See, USA v. Judd, USDC No. MO-98-CR-093, 5th Cir. Nos. 98-51081, et al., Supreme Court Nos. 98-7575, 99-5260, et al.
Judd v. New Mexico, No. 99-2020 (10th Cir. 1999).
Monty Wayne Judd For Vice President of USA, (800) 424-9530

In The United States District Court For The Southern District of Texas

No. CA-C-00-110

Keith Russell Judd For President of USA, Plaintiff,

v.

United States of America, States of Texas, Ector County, Midland County, Arkansas, Illinois, Indiana, Pennsylvania, Tennessee, Kentucky, New York, Connecticut, et al., Defendants,

Notice of Appeal pursuant to 28 U.S.C. § 1251; S.Ct. Rules 17, 18, 19; Fed.R.App.P. 4(a)(2)

Plaintiff hereby gives notice of appeal pursuant to Fed.R.App.P. Rule 4(a)(2); 28 U.S.C. § 1251; Supreme Court Rules 17, 18, 19; Article III Original Jurisdiction as a State is a Party.

Respectfully Submitted,

_Keith Judd_, U.S. Passport No. 132617459

1900 Simler Ave
Big Spring, Texas, 79720
(800) 990-5765
(505) 767-6700
(505) 243-1744
(800) 460-9477

Monty Wayne Judd For Vice President of USA, (800) 424-9530