IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 3 2000

Michael N. Milby, Clerk of Court

KEITH RUSSELL JUDD §
§
V. § C.A. NO. C-00-110
§
UNITED STATES OF AMERICA §

# FINAL JUDGMENT

For the reasons stated in this Court's Order of Dismissal, plaintiff's action is DISMISSED.

This is a FINAL JUDGMENT.

SIGNED this ___31___ day of ___March___, 2000.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE