In The United States District Court For The Southern District of Texas

Keith Russell Judd For President of USA, Plaintiff,

v.

United States of America, et al., Defendants.

C.A. No. C-00-110

United States District Court
Southern District of Texas
FILED

MAY 12 2000

MICHAEL N. MILBY, CLERK

**Amended Notice of Appeal pursuant to Fed. R. Civ. P., Rule 15**

Plaintiff hereby amends his notice of appeal stating jurisdiction is under 28 U.S.C. § 1251 as a State is a Party and district court has failed to act as 2 U.S.C. § 437h requires, "The district court immediately shall certify all questions of constitutionality of this Act to the United States Court of appeals for the circuit involved, which shall hear the matter sitting en banc." Campbell v. Buckley, 46 F.Supp.2d 1115 (1999); U.S. Term Limits Inc v. Thornton, 514 U.S. 779 (1995). The Right to Vote is personal. United States v. Bathgate, 246 U.S. 220.

Plaintiff also challenges the PLRA 28 U.S.C. § 1915 as unconstitutional violation of Due Process and Equal Protection of the Law. Kane v. Lancaster County Dept. of Corrections, 960 F.Supp. 219 (1997)(PLRA not applicable after release).

Article VI of the Constitution binds the States and the Federal Government to the U.S. Constitution. Chisholm v. Georgia, 2 U.S. 471 (1793)(Constitution is will of the People).

Respectfully Submitted,

[signature]

U.S. Passport No. 132617459

Keith Russell Judd For President of USA, FEC# C00302919, at, (800) 424-9530
Federal Medical Center
PMB 4000
Rochester, Minnesota 55903
(800) 774-5643

**Proof of Filing pursuant to Fed. R. App. P., Rule 4(c)(1)** I, Keith Russell Judd, declare under penalty of perjury pursuant to Fed. R. App. P., Rule 4(c)(1) that on, April 27, 2000, I filed this notice by U.S. Mail in Legal Mailing System.

by [signature]

SSN: 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

Ector County Texas Voter Reg. # 9800838, at, (915) 498-4030