IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KEITH RUSSELL JUDD | § | |
| | § | |
| V. | § | C.A. NO. C-00-110 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER DISMISSING NOTICE OF APPEAL

Petitioner Keith Russell Judd, an inmate incarcerated at FCI Big Spring, filed a pro se "petition for writ of mandamus" on March 14, 1999. On March 31, 2000, the petition was dismissed, and final judgment entered, in accordance with the sanction order signed by the Fifth Circuit Court of Appeals on May 13, 1999. D.E. 6-7.

As stated in the notice of dismissal, the Fifth Circuit has ordered the clerks of all federal district courts within the Circuit "to refuse to file any pro se civil complaint or appeal by plaintiff unless he submits proof of satisfaction of [the] sanction" of $210 imposed by the Circuit Court. Judd v. The University of New Mexico, et al., C.A. No. 98-51060 (5th Cir. May 13, 1999). This sanction was imposed under 28 U.S.C. § 1915(g) in response to plaintiff's numerous frivolous filings.[1] Since petitioner has still not filed any proof of satisfaction of the sanction, see Balawajder v. Scott, 160 F.3d 1066 (5th Cir. 1999), and since he continues to allege no physical threat that would require immediate attention by the Court, see Baños v. O'Guin, 144 F.3d 883 (5th Cir. 1998), his appeal must be dismissed.

---

[1](1) Judd v. University of New Mexico, et al., C.A. No. 4:96-cv-122 (5th Cir. Dec. 9, 1997), dismissed as frivolous;
(2) Judd v. United States District Court, et al., C.A. No. 4:98-cv-167 (5th Cir. Apr. 16, 1999), dismissed as frivolous;
(3) Judd v. United States District Court, et al., C.A. No. 4:98-cv-167 (5th Cir. Apr. 16, 1999), dismissed as frivolous and plaintiff barred from in forma pauperis status;
(4) Judd v. The University of New Mexico, et al., C.A. No. 4:96-cv-122 (5th Cir. May 13, 1999), plaintiff sanctioned.

Accordingly, the petitioner's notice of appeal is DISMISSED.

ORDERED this _25_ day of _May_, 2000.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE

2