IN THE UNITED STATES DISTRICT COURT for the Southern District of Texas

KEITH RUSSELL JUDD FOR PRESIDENT OF USA,
U.S.Passport No.132617459,
FEC#C00302919,at,1-800-424-9530,
Ector County Texas Voter Reg.#9800838,
(legal name change) Plaintiff,
v.
UNITED STATES OF AMERICA,et al.,Defendants.

C.A
No. C-00-110
28 U.S.C. 2255 Habeas Corpus
Jurisdiction 3 U.S.C. 9
Artical II, 12th Amendment
U.S. Constitution

United States District Court
Southern District of Texas
FILED
DEC 28 2000
Michael N. Milby, Clerk

SUPPLEMENTAL NOTICE OF APPEAL, Change of addresss, Legal Name Change pursuant to Fed.R.Civ.P., Rule 15(a); Emergency Motion for Relief From Judgment to Contrue as 28 U.S.C. 2255 Habeas Corpus Petition pursuant to Fed.R.Civ.P., Rule 60; Motion for Bail Pending Appeal; Fed.R.App.P., Rule 4(b)(5).

Plaintiff, Judd, hereby amends his notice of appeal pursuant to Fed.R. Civ.P., Rule 15(a), with his change of address and above legal name change.
Plaintiff asks for emergency relief from judgment or order, pursuant to Fed.R.Civ.P., Rule 60, as plaintiff intened to file a 28 U.S.C. 2255 Petition For Writ of Habeas Corpus for correction of a sentence pursuant to Apprendi v. New Jersey, 2000 WL 807189 (June 26,2000). Pursuant to Fed.R.App.P., Rule 4(b)(5), a notice of appeal does not divest district court of jurisdiction to correct a sentence. Plaintiff was sentenced in U.S. District Court, Western District of Texas in MO-98-CR-093, and the 5th Circuit dismissed No.00-50953, for failure to pay the docketing fee, and in pretrial double jeopardy appeal No.98-7575, the Supreme Court has never decided the timely filed Petition For Rehearing. There is no filing fee for this 28 U.S.C. 2255 Petition.
As legal President of USA, plaintiff is immune from prosecution, and the sentence is under collateral attack in this Court under, Fed.R.Crim.P. Rule 12.3, notice, Order Denying at Docket 415, in MO-98-CR-093. Prosecution must be in this district pursuant to 6th Amendment, and notice of alibi defense, at Docket No. 114, Fed.R.Crim.P., Rule 12.1. Sentence of 210 Months is very excessive as Fed.Sentencing Guideline 2a6.1 says, 10 to 16 months. The trust money of $20,000,000.00 seized from my 79-year-old mother by judge amounts to extortion by federal officer, 18 U.S.C. 872. Under Rooker-Feldman Doctrine, federal district court is without jurisdiction, because Ector County Texas Court's July 29, 1998, Final Judgment, for same subject matter, in Divorce-Family Violence Case Nos. C-103,838 & C-105,220, at(915)498-4290. (See,Docket No.29, and Divorce Transcript entered at Sentencing in MO-98-CR-093) See also, Rooker, 263 U.S. 413 (1923); Feldman, 460 U.S. 462 (1983); Kokkonen, 114 S.Ct. 1673 (1994). Because the Supreme Court has not remanded No.98-7575, and the 5th Circuit has not remanded at least 66 pretrial appeals, district court lacked jurisdiction for trial and sentencing. Rutherford, 197 F.3d 173, 190 (5th Cir 1999); United States v. Snyder, 946 F.2d 1125, 1127 (5th Cir. 1991). The indictment failed to allege suffient facts to confurr federal jurisdiction. See, Marbury v. Madison, 5 U.S. 137 (1803); Shapiro v. Thompson, 394 U.S. 618 (1969).
Plaintiff asks for immediate bail, since this is not a jailable offense, judge can be sued under, Pulliam v. Allen, 466 U.S. 522 (1984); Stack v. Boyle, 342 U.S. 1,6 (1951)( relief must be speedy); United States v. DiSomma, 951 F.2d 494 (2nd Cir. 1991)( exceptional reasons for release ), plus any other relief appropriate and just.Indictment-En Banc Certification under 2 U.S.C. 437h;& 3 U.S.C. 9,et seq., RESPECTFULLY SUBMITTED, *Keith Judd* , SSN: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

PROOF OF FILING BY INMATE: Fed.R.App.P., Rule 4(c)(1)
I declare under penalty of perjury, that on 11-6-2000, I mailed this by placing in the inmate legal mail with first-class U.S.Postage prepaid properly addressed pursuant to Fed.R.App.P., Rule 4(c)(1),By *Keith Judd* ,Badge No.A2279,G.E. FCI#11593-051, P.O.Box 7000, Fort, Dix, New Jersey, 08640, (404)827-1503,or, (202)898-7930,or,(703)276-3400,or,(915)580-6397,or,(505)823-7777,or,(213)237-500 0,or,(202)479-3031,or,(202)307-2767,or,(505)884-7777,or,(915)563-2144,or, (213)237-5000,or,(915)580-4661,or,(505)243-4411,or,(505)277-4806,or,(915)699-000

10.