IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 7 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| KEITH RUSSELL JUDD | § | |
| | § | |
| V. | § | C.A. NO. C-00-110 |
| | § | |
| UNITED STATES OF AMERICA | § | |

**ORDER DISMISSING SUPPLEMENTAL NOTICE OF APPEAL AND DENYING EMERGENCY MOTION FOR RELIEF FROM JUDGMENT**

Petitioner Keith Russell Judd, formerly an inmate at FCI Big Spring, filed a *pro se* "petition for writ of mandamus" on March 14, 2000. On March 31, 2000, the petition was dismissed and final judgment entered in accordance with the sanction order signed by the Fifth Circuit Court of Appeals on May 13, 1999. D.E. 6-7. This Court dismissed petitioner's appeal on May 25, 2000. D.E. 9. On December 28, 2000, petitioner filed a Supplemental Notice of Appeal and Emergency Motion for Relief from Judgment, and for Bail Pending Appeal. D.E. 10.

As stated in the earlier notice of dismissal (D.E. 9), the Fifth Circuit has ordered the clerks of all federal district courts within the Circuit "to refuse to file any pro se civil complaint or appeal by plaintiff unless he submits proof of satisfaction of [the] sanction" of $210 imposed by the Circuit Court. Judd v. The University of New Mexico, et al., C.A. No. 98-51060 (5th Cir. May 13, 1999). This sanction was imposed under 28 U.S.C. § 1915(g) in response to plaintiff's numerous frivolous filings.[1] Petitioner has still not

---

[1] (1) Judd v. University of New Mexico, et al., C.A. No. 4:96-cv-122 (5th Cir. Dec. 9, 1997), dismissed as frivolous;
(2) Judd v. United States District Court, et al., C.A. No. 4:98-cv-167 (5th Cir. Apr. 16, 1999), dismissed as frivolous;

filed any proof of satisfaction of the sanction, see Balawajder v. Scott, 160 F.3d 1066 (5th Cir. 1999), and an inquiry to the Fifth Circuit Clerk's office on January 4, 2001 confirmed that the sanction remains unpaid. Since petitioner continues to allege no physical threat that would require immediate attention by the Court, see Baños v. O'Guin, 144 F.3d 883 (5th Cir. 1998), his second appeal must be dismissed and his emergency motion denied.

Accordingly, petitioner's supplemental notice of appeal is DISMISSED, and his Emergency Motion for Relief from Judgment, and for Bail Pending Appeal is DENIED. Plaintiff is ORDERED to file no further pleadings in this case. This case is closed.

ORDERED this _15_ day of January, 2001.

H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE

---

(3) Judd v. United States District Court, et al., C.A. No. 4:98-cv-167 (5th Cir. Apr. 16, 1999), dismissed as frivolous and plaintiff barred from in forma pauperis status;
(4) Judd v. The University of New Mexico, et al., C.A. No. 4:96-cv-122 (5th Cir. May 13, 1999), plaintiff sanctioned.