IN THE UNITED STATES DISTRICT COURT FOR **Southern District of Texas**

KEITH RUSSELL JUDD FOR PRESIDENT OF USA,

v.

**United States of America, et al.**, defendants.   No. **C-00-110**

AMENDED MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS; Fed.R.Civ. 15(a).

    Plaintiff, Judd, Pro Se, hereby amends his motion & affidavit for leave to proceed in forma pauperis pursuant to Fed.R.Civ.P., Rule 15(a), and asks this court to reconsider granting leave to proceed in forma pauperis for these reasons and facts:

### AFFIDAVIT IN SUPPORT

1.) I am unable to pay such fees or give security therefor.
2.) I am entitled to redress.
3.) This case is not frivolous and presents substantial issues.
4.) I have no assets. However, on January 7, 1998, the United States District Court For The District of New Mexico entered a judgment in my favor on my SSI Disability Appeal, but I have received no payments. Prior to that, I have been on New Mexico Disability as Permaneantly Disabled, & Food Stamps since 1992, at the onset of my bi polar mental illness. See, Judd v. Aphel, USDCNM No. Civ-97-111-SC & Judd v. U.S. Secret Service, et al., 204 F.3d 1041 (10th Cir. 2000).

    SUBSCRIBED AND SWORN TO THIS **17** DAY OF **July**, 2001

By [signature] SSN 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, U.S. Passport No. 132617459
KEITH RUSSELL JUDD FOR PRESIDENT OF USA, FEC#C00302919, at, www.fec.gov

### ARGUMENT AND AUTHORTIES IN SUPPORT THEREOF

    28 U.S.C. 1915(b)(4), provides, "In no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee."

    Resently I have been granted leave to proceed in forma pauperis in the following State and Federal Courts:

1

STATE COURTS GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS

1.) Kansas Supreme Court No. 00-84922-S
2.) Wisconsin Supreme Court No. XX-013252-W
3.) North Carolina Supreme Court No. 97 P00
4.) Oregon Supreme Court No. SC-S47321
5.) Hawaii Supreme Court No. 23267
6.) West Virginia Supreme Court No. 000440
7.) South Carolina Supreme Court No. Z00014787
8.) Maryland Supreme Court No. Misc. 29
9.) Florida Supreme Court No. SC00-433
10.) New Mexico Supreme Court No. 26,818, et al.
11.) Texas Supreme Court No. 98-1048
12.) Ohio Supreme Court No._____

1.) Ector County Texas District Court No. C-103,828 & C-105,220, et al.
2.) Bernilillo County New Mexico No. CV-93-4431, No. CV-97-7826, et al.
3.) Midland County Texas No._____, et al.
4.) Olmsted County Minnesota No._____

FEDERAL COURTS GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS

1.) SUPREME COURT OF USA No. 98-7575, on timely mailed petition for rehearing; JUDD v. ATF, 115 S.Ct. 1371 (1995)(gun returned), et al.
2.) Tenth Circuit No. 99-2020, et al.
3.) Fifth Circuit No. 98-50026, et al.
4.) District of Columbia Circuit No. 98-1078, No. 01-5054, et al.
5.) Ninth Circuit No._____, et al.
6.) Eleventh Circuit No._____, et al.
7.) Eighth Circuit No._____, et al.
8.) Seventh Circuit No._____, et al.
9.) Third Circuit No._____, et al.
10.) First Circuit No._____, et al.
11.) Second Circuit No._____, et al.
12.) Armed Forces Court of Appeals No._____, et al.
13.) Federal Circuit No._____, et al.
14.) Sixth Circuit No._____, et al.
15.) Bankruptcy Court No._____, et al.
16.) Tax Court No._____, et, al.
17.) International Trade Court No._____, et al.
18.) District of New Mexico No. CIV-01-487, et al.
19.) Western District of Texas No. MO-00-CA-037, et al.
20.) D.C. District Court No._____, et al.
21.) Other Courts at: www.pacer.psc.uscourts.gov

Plaintiff was exempted from filing fees as candidate for Mayor of City of Albuquerque, New Mexico, Governor of New Mexico & Texas, and as Write-in Candidate for President of the USA in 44 States.

\* (See Exhibit A, attached hereto, at page 5, July 2, 2001, order of U.S. District Court for the Southern District of West Virginia, granting leave to proceed in forma pauperis on appeal in Judd v. USA, et al, No. 2:00-0213).

2

## EQUAL PROTECTION OF THE LAW REQUIRES EQUAL ACCESS TO COURTS

In Harper v. Virginia Bd. of Elections, 383 U.S. 663 (1966), the Supreme Court found that poverty is a suspect class within the protection of the Equal Protection of the Laws Clause of the 14th Amendment of the United States Constitution. See also, Shapiro v. Thompson, 394 U.S. 618 (1969); Lubin v. Panish, 415 U.S. 709 (1974)( filing fees for indigent candidates violate equal protection); Bullock v. Carter, 405 U.S. 134 (1972)(filing fees for indigent candidates violates equal protection); Goldberg v. Kelly, 397 U.S. 254 (1970)(due process requires evidentiary hearing before terminating welfare payments); Marbury v. Madison, 5 U.S. 137 (1803).

## FIRST AMENDMENT REQUIRES ACCESS TO COURT TO PETITION REDRESS OF GREIVANCES

The right to petition for redress of grievances is amoung the most precious of liberties. United Mine Workers v. Illinois State Bar Ass'n, 88 S.Ct. 353 (1967); United Transp. Union v. State Bar of Michigan, 401 U.S. 576; Bates v. State Bar of Arizona, 53 L.Ed.2d 810. The loss of First Amendment Rights even for a minimal amount of time constitutes an irreparable injury. Elrod v. Burns, 96 S.Ct. 2673 (1976). The in forma paueris statute, 28 U.S.C. 1915, authorizes a court to waive fees. Adkins v. E.I. Du Pont de Nemours & Co., 335 U.S. 331, 342, 69 S.Ct. 85, 90 (1948).

The Supreme Court has held that a prisoner's right of access to courts may not be denied or obstructed. Johnson v. Avery, 383 U.S. 483, 485 (1969); Bounds v. Smith, 430 U.S. 817, 824, 828 (1977). 28 U.S.C. §1932, prisoner's good time revoked for filing frivolous claim, Retaliation,

3

## PLAINTIFF HAS STANDING TO CHALLENGE CONSTITUTIONALITY OF THE PRISON LITIGATION REFORM ACT AS APPLIED BY THIS COURT

Congressional intent of PLRA was to cut down on the amount of prisoner's frivolous lawsuits complaining about prison conditions. This lawsuit is a Presidential Federal Election Complaint which in not the class of lawsuits that Congress intended the PLRA to apply to. Indeed the PLRA does not apply to a criminal or habeas appeal. Walker v. O'Brien, 216 F.3d 626 (7th Cir. 2000)(PLRA does not apply to habeas action). Additionally, the PLRA has been held not to apply to prison conditions complaint if it was filed after the prisoner was released. Kane v. Lancaster County Dept. of Corrections, 960 F.Supp. 219 (D.Neb. 1997). The PLRA is in essence a criminal penalty, inflicted whether or not the prisoner is convicted or not.

Plaintiff can sue for denial of access to court. Northeastern Florida Chapter, Assoc. Contractors v. City of Jacksonville, 113 S.Ct. 2297 (1993)(when government errects barrier that makes it more difficult for members of one group to obtain benefit than it is for members of another group, member of former group seeking to challenge barrier need not allege that he would have obtained the benefit but for the barrier in order to establish standing). Mentally disabled plaintiff has right of access to court under the AMERICANS WITH DISABILITIES ACT, 42 U.S.C. 12101, et seq. Galloway v. Supior Court, 816 F.Supp. 12 (1993)(ADA applies to courts); Rachel v. Georgia, 384 U.S. 780 (1966)( attempt to punish is violation of federal law). As applied PLRA is unconstitutional.

Wherefore, plaintiff, Judd, Pro Se, asks for leave to proceed in forma pauperis, plus any other relief appropriate and just.

RESPECTFULLY SUBMITTED,

*[signature]*

4 Badge No. A2279, or, (915)533-6950, or, (505)765-9200
(213)464-7550, or, (505)292-0341

## PROOF OF FILING AND SERVICE

I declare under penalty of perjury that on 7-17-01 I mailed this motion to this Court and all defendants at proper address.

By [signature] U.S.passport#132617459
KEITH RUSSELL JUDD FOR PRESIDENT OF USA,FEC#C00302919,at,www.fec.gov
votes at www.state.in.us/sos/elections
votes
FCI#11593-051
P.O.Box 7000
Fort Dix, New Jersey, 08640

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

Exhibit A

MEMORANDUM

TO:      JUDGE JOSEPH R. GOODWIN

FROM:    CLERK'S OFFICE/skh

RE:      KEITH RUSSELL JUDD v. UNITED STATES OF AMERICA, et al.
         Civil Action No. 2:00-0213

Plaintiff was permitted to proceed in District Court in forma pauperis. Please advise whether or not Keith Russell Judd may proceed on appeal in forma pauperis in the above styled civil action.

================================================================

O R D E R

It is ORDERED that Keith Russell Judd may proceed on appeal in forma pauperis pursuant to Rule 24, FRAP.

ENTER: July 2 2001

[signature]
United States District Judge

ENTERED
JUL - 2 2001
SAMUEL L. KAY, CLERK
U. S. District & Bankruptcy Court
Southern District of West Virginia