Case 2:00-cv-00110   Document 15   Filed in TXSD on 07/25/2001   Page 1 of 1

United States District Court
Southern District of Texas
FILED

JUL 25 2001

MICHAEL N. MILBY CLERK

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL Docket No. _____

IN THE UNITED STATES DISTRICT COURT FOR _Southern District of Texas_

KEITH RUSSELL JUDD FOR PRESIDENT OF USA, Plaintiff,

v.

_United States of America_ ,et al. Defendants.

No. _C-00-110_

NOTICE OF APPEAL TO JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

    Plaintiff, Judd, Pro Se, hereby gives notice of appeal to the Judicial Panel on Multidistrict Litigation, pursuant to Fed.R.App.P., Rule 4, 28 U.S.C. 2112(a), & 28 U.S.C. 1407, to be consolidated in a single court for common questions of fact & law.www.pacer.psc.. uscourts.all.judd.gov 28 U.S.C. § 1932, prisoner's good time revoked for frivolous claim.

    All filing fees, summons, and return of service has been done in MO-98-CA-167 in the United States District Court For The Western District of Texas, 120 S.Ct. 1, 145 L.Ed.2d 7 (1999), which relieves this court of the task.

RESPECTFULLY SUBMITTED,

_/s/ Judd_

KEITH RUSSELL JUDD FOR PRESIDENT OF USA, FEC#C00302919,at,1-800-424-9530
U.S. Passport No. 132617459, SSN: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, FCI#11593-051

PROOF OF FILING BY INMATE ; Fed.R.App.P., Rule 4(c)(1).

    I declare under penalty of perjury, pursuant to, Fed.R.App.P., Rule 4(c)(1), that on July 17, 2001, I mailed this notice to this court, MLD, and all parties at proper address, first-class U.S. Postage prepaid.
By _/s/ Judd_
ECTOR COUNTY TEXAS VOTER REGISTRATION #9800838,at,(915)498-4030
P.O. Box 7000
Fort Dix, New Jersey, 08640
(312)751-8000,(212)661-7878,(202)898-7930,(213)237-5000,(703)276-3400
(505)292-0341,(915)580-7777,(505)823-7777,(505)884-7777,(915)498-4290
(614)577-7000,(404)827-1503,(212)702-6000,(915)580-6397,(505)243-4411
(202)479-3000,(202)418-1700,(202)324-5131,(915)533-6950,(405)290-9990
(505)277-4806,(915)563-4421,(505)277-2121,(505)765-9200,(505)821-1234
(800)358-9500,(800)249-8683,(800)829-3676,(800)854-2824,(800)237-4474
(800)367-8124,(800)676-6856,(800)913-3434,(800)344-6219,(850)488-7690

15.