IN THE UNITED STATES DISTRICT COURT FOR Southern District of Texas

KEITH RUSSELL JUDD FOR PRESIDENT OF USA,

v. United States of America _____ et al.    No. C-00-110

United States District Court
Southern District of Texas
FILED
JUL 25 2001
MICHAEL N. MILBY CLERK

MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO Fed.R.Civ.P., Rule 60(b).

   Plaintiff, Judd, Pro Se, hereby moves this court for relief from judgment pursuant to Fed.R.Civ.P., Rule 60(b), and asks for leave to amend his complaint pursuant to Fed.R.Civ.P., Rule 15, to correct any deficiencies, and to perfect his complaint. See, Haines v. Kerner, 404 U.S. 519 (1972)( pro se complaint, if dismissed, should be dismissed with leave to amend). While the Federal Rules of Civil Proceedure do not require plaintiff to set out in detail the facts upon which he bases his complaint, plaintiff should be allowed to amend his complaint for this court's better understanding. See, Conely v. Gibson, 355 U.S. 41, 45-46 (1957).

   Plaintiff is allowed to amend his complaint once without leave of the court at any time before defendants answer. Fed.R.Civ.P., Rule 15 (a); 28 U.S.C. § 1932 prisoner's good time revoked for filing frivolous claim.

   Wherefore, plaintiff, Judd, Pro Se, asks for leave to amend his complaint, plus any other relief appropriate and just.

RESPECTFULLY SUBMITTED,

/s/ Keith Judd

KEITH RUSSELL JUDD FOR PRESIDENT OF USA, FEC#C00302919,at,www.fec.gov
FCI#11593-051, P.O.Box 7000, Fort Dix, New Jersey, 08640 (800)424-9530

I certify that on 7-17-01, I mailed this motion to this court and all defendants at proper address.

By /s/ Keith Judd

U.S.Passport No. 132617459

Votes at www.state.in.us/sos/elections
FEC#C00302919, at, www.fec.gov
www.pacer.psc.uscourts.all.gov

www.vote-smart.org
www.freedom channel.com
www.Public Hearing.net
Ector County Texas Voter Reg. #7800838, at,
New Mexico Drivers License #036844523

(703)276-3400
(505)884-777_
(505)823-7777
(915)498-4290
(915)498-4030
(915)580-7777

17