United States District Court
Southern District of Texas
ENTERED

AUG 29 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KEITH RUSSELL JUDD | § § § | |
| VS. | § | C.A. NO. C-00-110 |
| UNITED STATES OF AMERICA | § § | |

## ORDER DENYING MOTIONS

This case was dismissed and final judgment entered March 31, 2000. Petitioner continues to file frivolous motions in this case in spite of his being ordered by this Court and by the Fifth Circuit Court of Appeals not to file any further pleadings while sanctions imposed by the Circuit Court remain outstanding. The following motions are denied:

a. Amended Notice of Appeal [D.E. 13] received 7/17/01;

b. Amended Motion to Proceed in Forma Pauperis [D.E. 14] received 7/25/01;

c. Notice of Appeal to Judicial Panel on Multidistrict Litigation [D.E. 15] received 7/15/01;

d. Motion to Transfer Case to Western District of Texas [D.E. 16] received 7/25/01; and

e. Motion for Relief from Judgment [D.E. 17] received 7/25/01.

The clerk of this court is ordered to refuse to file and to return to sender any further pleadings filed by this petitioner unless he submits proof of satisfaction of the

sanction(s) imposed by the Circuit Court.  <u>Judd v. The University of New Mexico</u>, C.A. No. 98-51060 (5th Cir. May 13, 1999).

ORDERED this _28_ day of _August_, 2001.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE