IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 01-40831

KEITH RUSSELL JUDD

   Plaintiff - Appellant

v.

UNITED STATES OF AMERICA

   Defendant - Appellee

C-00-110

**U.S. COURT OF APPEALS**
**FILED**
AUG 3 0 2001
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
SEP - 5 2001
MICHAEL N. MILBY CLERK

---

Appeal from the United States District Court for the
Southern District of Texas, Corpus Christi

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of August 30, 2001, for want of prosecution. The appellant failed to satisfy previous sanctions.

        CHARLES R. FULBRUGE III
        Clerk of the United States Court
        of Appeals for the Fifth Circuit

        By: _/s/ Peter Conners_____
          Peter Conners, Deputy Clerk

        FOR THE COURT - BY DIRECTION

DIS-2

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By: _/s/_____ Deputy   AUG 3 0 2001
New Orleans, Louisiana

19.