CA-C-00-110

D.E. #20

RETURNED UNFILED PURSUANT TO
COURT ORDER, D.E. #18