IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 01-41177

KEITH RUSSELL JUDD

    Plaintiff - Appellant

v.

UNITED STATES OF AMERICA

    Defendant - Appellee

U.S. COURT OF APPEALS
FILED
DEC 1 1 2001
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
JAN - 2 2002
MICHAEL N. MILBY CLERK

C-00-110

---

Appeal from the United States District Court for the
Southern District of Texas, Corpus Christi

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of December 11, 2001, for want of prosecution. The appellant failed to timely pay previously imposed sanctions in case numbers 98-51060 and 98-51118.

                              CHARLES R. FULBRUGE III
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

                              By: _____
                              Peter Conners, Deputy Clerk

                              FOR THE COURT - BY DIRECTION

DIS-2

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
        Deputy DEC 1 1 2001

New Orleans, Louisiana

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-589-6514**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

December 11, 2001

Mr Michael N Milby, Clerk
Southern District of Texas, Corpus Christi
United States District Court
1133 N Shoreline Boulevard
Corpus Christi, TX 78401

      No. 01-41177 Judd v. USA
      USDC No. C-00-CV-110

Enclosed is a certified copy of the judgment issued as the mandate.

      Sincerely,

      CHARLES R. FULBRUGE III, Clerk

      By_____
      Peter Conners, Deputy Clerk
      504-589-6514 ITCM # 172

/pac
cc: w/encl:
    Mr Keith Russell Judd

MDT-1