IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| KEITH RUSSELL JUDD | § |
| | § |
| vs. | §   C.A. NO. C-00-110 |
| | § |
| UNITED STATES OF AMERICA | § |

## ORDER

This case was dismissed and final judgment entered March 31, 2000. Petitioner continued to file frivolous motions despite being ordered by this Court and by the Fifth Circuit Court of Appeals not to file any further pleadings while sanctions imposed by the Circuit Court remained outstanding. By Order entered August 29, 2001, this Court entered an order denying a number of such frivolous motions, and instructing the Clerk to "refuse to file and to return to sender any further pleadings filed by this petitioner unless he submits proof of satisfaction of the sanction(s) imposed by the Circuit Court. Judd v. The University of New Mexico, C.A. No. 98-51060 (5th Cir. May 13, 1999)." (D.E. 18).

Since the entry of that Order, the Fifth Circuit has also dismissed two appeals from this case because Judd had failed to satisfy previous sanctions. (D.E. 19, 21). Those orders were dated September 20, 2001 and December 11, 2001, respectively. Now, more than three years later, Judd has filed yet another frivolous motion. Specifically, on n March 11, 2005, the Clerk received from Judd a document styled as a "Motion for Relief From Judgment Dismissing 28 U.S.C. § 2255 Proceeding Under Savings Clause: 28 U.S.C. § 2241; 28 U.S.C. § 1631; Fed. R. Civ. P., Rule 60(b)." (D.E. 22).

Judd has never submitted proof that he has paid the sanctions imposed, and the

Fifth Circuit docket sheet reflects that the sanctions have not been paid in the cases in which he was sanctioned. (See docket sheets in Fifth Circuit case No. 98-51060 and 98-51118). Accordingly, his motion should not have been accepted for filing and is DENIED.

It is so ORDERED this 23 day of March, 2005.

_____
H.W. HEAD, JR.
CHIEF JUDGE