# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P O Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



Keith Russell Judd
#11593-051 FCI Fort Dix
P O Box 7000
Fort Dix  NJ  08640-4000

United States Courts
Southern District of Texas
FILED

JUL 0 5 2005

Michael N. Milby, Clerk

---

Case: 2:00-cv-00110   Instrument: 23   (2 pages)
Date: Mar 23, 2005
Control: 050337088
Notice: The attached order has been entered.

---

You could have received this notice faster by e-mail,
            and
You can serve other parties through the court's electronic filing system.

Electronic Noticing and Filing is authorized in Civil, Criminal and Bankruptcy Cases.

Read more about it at www.txs.uscourts.gov under CM/ECF - Electronic Filing,
            and
Register on-line for a training class to receive your user privileges.

**CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208**

United States Courts
Southern District of Texas
FILED

JUL 0 5 2005

Michael N. Milby, Clerk

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
   - UNABLE TO FORWARD
☐ OTHER

**RTS** RETURN TO SENDER

NOT RETURN HERE
CANNOT RETURN TO SENDER
IDENTIFY





Hasler

$00.370

Mailed From  77
05 23 200

US POSTAGE